**Order entered May 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00152-CR

**JESUS DIAZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76863-M**

## ORDER

The reporter's record was due March 31, 2019.  The clerk's record shows the record was requested on February 4, 2019.  By letter dated April 3, 2019, we notified court reporter Belinda Baraka that it was overdue and directed her to file it by May 3, 2019.  To date, the reporter's record has not been filed, and we have had no communication from Ms. Baraka.

We **ORDER** court reporter Belinda Baraka to file the reporter's record in this appeal **WITHIN TWENTY-EIGHT DAYS OF THE DATE OF THIS ORDER**.  We caution Ms. Baraka that the failure to do so will result in the Court taking whatever remedies it has available, including ordering that she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/    CORY L. CARLYLE
       JUSTICE